Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  MJ25-314 |
| Plaintiff | COMPLAINT for VIOLATION |
| v. | Title 18, U.S.C., Section 922(g)(5) |
| ARTEMIO MONFEDA-TOVAR, | |
| Defendant. | |

BEFORE BRIAN A. TSUCHIDA, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT ONE

**(Alien in Possession of a Firearm)**

On or about May 12, 2025, in King County, within the Western District of Washington, Artemio MONFEDA-TOVAR, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess, in and affecting interstate and

Complaint - 1
*United States v. Monfeda-Tovar*
USAO #2025R00662

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

foreign commerce, a firearm, that is: 9 millimeter firearm with an un-serialized frame which appeared to be a privately made firearm, otherwise known as a "ghost gun."

All in violation of Title 18, United States Code, Section 922(g)(5).

## COUNT TWO

### (Alien in Possession of Ammunition)

On or about May 12, 2025, in King County, within the Western District of Washington, Artemio MONFEDA-TOVAR, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess, in and affecting interstate and foreign commerce, ammunition, consisting of five rounds of fully jacketed 9 millimeter bullets with intact primers, four rounds of jacketed hollow point 9 millimeter bullets with intact primers, and one rubber-tipped hollow point 9 millimeter bullet with an intact primer, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(5).

And the complainant states that this Complaint is based on the following information:

I, Corey T. Maples, being first duly sworn on oath, depose and say:

## INTRODUCTION

1. I am a Deportation Officer with Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), assigned to the Seattle Field Office and have been so employed since February 18, 2020. In December of 2020, I graduated Basic Immigration Enforcement Training Program and I was assigned to the Fugitive Operations Team upon returning to Seattle. In this capacity, I was responsible for conducting civil investigations and arrests regarding the violation of immigration laws of the United States.

2. In 2021, I graduated from the ICE Deportation Field Operations Training Program and continued to perform my civil and immigration enforcement duties. In 2023, I graduated Basic Operators Course which is ICE's Special Weapons and Tactics school.

Complaint - 2
*United States v. Monfeda-Tovar*
USAO #2025R00662

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

As a certified team member, I participate and plan in civil and criminal warrants, focusing on aliens that have violent criminal histories or other aggravating factors. I also conduct Special High Risk Charters to safely effect the deportation orders of aliens that are known to be combative or otherwise problematic in behavior. In 2024, I graduated from Deportation Field Operations Training Program – Prosecutions module. I am certified to conduct criminal investigations of Titles 8 and Title 18 of the United States Code and am trained on the Federal Rules of Evidence.

3.      I am currently assigned to the Criminal Alien Program, the Seattle Prosecutions Team, and the Seattle Special Response Team, which all focus on the enforcement of immigration laws. I am an investigative law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7). As such, I am authorized to investigate and enforce violations of federal criminal statutes, including those in Titles 8 and 18 of the United States Code.

4.      The facts set forth in this Affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.

5.      Because this Complaint is submitted for the limited purpose of establishing probable cause, it does not set forth each and every fact that I or others have learned during the course of this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Artemio MONFEDA-TOVAR has committed the offenses of Alien in Possession of a Firearm and Ammunition, in violation of Title 18, United States Code Section 922(g)(5).

Complaint - 3
*United States v. Monfeda-Tovar*
USAO #2025R00662

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## SUMMARY OF PROBABLE CAUSE

6.      United States Citizenship and Immigration Services maintains an alien registration administration file, commonly referred to as an "A-file," on MONFEDA-TOVAR. This file is the official immigration file maintained by USCIS and is a consolidated repository of all known immigration contacts with Artemio MONFEDA-TOVAR. I have reviewed MONFEDA-TOVAR's A-file. The A-file contains documents pertaining to MONFEDA-TOVAR's identity and alienage and shows that he is a native and citizen of Mexico, who has no legal immigration status in the United States.

7.      In September of 2020, ICE ERO Seattle Field Office became aware of MONFEDA-TOVAR due to the following law enforcement encounters:

    a.  On September 12, 2019, MONFEDA-TOVAR was investigated for Child Molestation 1 by the Renton Police Department. The investigation concluded January 31, 2020, because the victim was uncooperative.

    b.  On June 07, 2020, MONFEDA-TOVAR was arrested for Unlawful Imprisonment and Assault 4.

    c.  On September 30, 2020, MONFEDA-TOVAR was arrested for Making False or Misleading Statement to a Public Servant.

ICE ERO Deportation officers conducted their own database checks through law enforcement and immigration sources and determined that MONFEDA-TOVAR was unlawfully present in the United States.

8.      On October 8, 2020, Deportation Officers with the ICE ERO Seattle Field Office arrested MONFEDA-TOVAR near his residence of 3410 Lincoln Way Lynnwood, WA in the Western District of Washington, without incident. Deportation Officers interviewed MONFEDA-TOVAR, and recorded in writing his verbal responses on the I-213 "Record of Deportable/Inadmissible Alien," a form commonly used by ICE ERO post-arrest.

Complaint - 4
*United States v. Monfeda-Tovar*
USAO #2025R00662

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

9. During this documented interview, MONFEDA-TOVAR was asked if he had any reason to believe he is a citizen of the United States, he replied "No." When MONFEDA-TOVAR was asked if he had any reason to believe that either of his parents were citizens of the United States, he replied "No." MONFEDA-TOVAR affirmed that he is a native and citizen of Mexico, born in Acapulco, Mexico, and that he had unlawfully entered the United States without inspection and had no permission to be in the United States.

10. Because of his unlawful presence in the United States, ICE issued a Form I-862, Notice to Appear, and placed MONFEDA-TOVAR into immigration removal proceedings. On December 4, 2020, ICE released MONFEDA-TOVAR from immigration custody on a bond of $20,000.

11. I have also reviewed investigative reports prepared by Renton Police Department relating to MONFEDA-TOVAR's criminal history. These records reflect that on August 13, 2024, MONFEDA-TOVAR was arrested during a domestic violence incident. During that incident, MONFEDA-TOVAR was found to be in possession of a stolen firearm.

12. On February 14, 2025, MONFEDA-TOVAR was convicted in the Superior Court of Washington for King County of Unlawful Possession of a Firearm in the Second Degree, in violation of Revised Code of Washington (RCW) 9.41.040(2)(a)(ii) and Assault in the Third Degree, in violation of RCW 9A.36.031(1)(f) (Case No. 24-1-04889-4). For this offense, MONFEDA-TOVAR was sentenced to time-served. A protective order is currently in place stemming from this incident. That order states MONFEDA-TOVAR is prohibited from possessing and/or purchasing a firearm or other weapon.

13. I am also aware that there is a second active protective order against MONFEDA-TOVAR. This order was filed and issued on February 14, 2025, and stemmed from an incident in which MONFEDA-TOVAR was accused of assaulting a known female by striking her in the forehead with the butt of a black handgun. The

Complaint - 5
*United States v. Monfeda-Tovar*
USAO #2025R00662

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

assault is reported to have happened at 504 Morris Ave S, Renton, WA. The female at the time of the report had injuries consistent with being struck by an object on her forehead. This protective order also states MONFEDA-TOVAR is prohibited from possessing and/or purchasing a firearm or other weapon.

14.     On May 12, 2025, MONFEDA-TOVAR again came to the attention of on-duty ICE ERO officers. On that day, ICE ERO was made aware that MONFEDA-TOVAR was in the custody of Renton Police Department on a 72-hour investigatory hold, while Renton Police executed a search warrant of MONFEDA-TOVAR's residence, an off-white shed with a yellow painted door, located behind the main house at 504 Morris Ave South,, Renton, Washington.

15.     The search warrant was sought on the basis of MONFEDA-TOVAR's suspected unlawful possession of a firearm. According to the warrant application, on March 23, 2025, MONFEDA-TOVAR's neighbor called 911. The neighbor reported that he and MONFEDA-TOVAR got into an argument and MONFEDA-TOVAR drew out a "black semi-automatic handgun," racked its slide in preparation to fire, and pointed it at his neighbor. The neighbor stated that he believed that he was going to be shot by MONFEDA-TOVAR if he did not react. When the neighbor exposed a holstered pistol showing he was also armed, MONFEDA-TOVAR fled the area. The neighbor believed MONFEDA-TOVAR's pistol was a Glock based on appearance.

16.     In a subsequent phone call with a Renton Police Department officer, the same neighbor reported that on May 6, 2025, from his kitchen window, he observed MONFEDA-TOVAR produce a black semi-automatic firearm from his waist band during what he believed to be a drug deal. The neighbor stated that this firearm was similar to the one that MONFEDA-TOVAR pointed at him on March 23, 2025.

17.     On May 12, 2025, Renton Police Department officers executed a search warrant at MONFEDA-TOVAR's residence. As described in the Renton Police Department reports that I have reviewed, upon execution of the search warrant, officers

Complaint - 6
*United States v. Monfeda-Tovar*
USAO #2025R00662

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

found a black backpack with a white design on the front. Inside that backpack, an officer located a 9 millimeter pistol with an un-serialized frame which appeared to be a privately made firearm, otherwise known as a "ghost gun," loaded with ten rounds total, consisting of  five rounds of fully jacketed 9 millimeter bullets with intact primers, four rounds of jacketed hollow point 9 millimeter bullets with intact primers, and one rubber-tipped hollow point 9 millimeter bullet with an intact primer, inside of a black backpack. The pistol recovered matches the description of the pistol described by at MONFEDA-TOVAR's neighbor. Photos of the seized firearm loaded with ammunition are depicted below.

//

//

//

Complaint - 7
*United States v. Monfeda-Tovar*
USAO #2025R00662

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970






18.     The occupants of the primary residence were later asked about the backpack in which the gun was found. They advised that the backpack did not belong to them.

19.     Above the bed, officers found a firearm cleaning kit.

20.     Also, near the bed, officers located a notebook where there was written a username and password written down, that contained the email address "Artmonfeda13@gmail.com." This email appears to belong to MONFEDA-TOVAR. Officers also found a gray bag that contained legal documents, medical information, and general mail/documents all addressed to "Artemio Monfeda."

Complaint - 8
*United States v. Monfeda-Tovar*
USAO #2025R00662

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

21.     Renton Police interviewed MONFEDA-TOVAR's neighbor and asked what MONFEDA-TOVAR had last been seen wearing. The neighbor replied he had seen MONFEDA-TOVAR with a black backpack that contained a white design or cloud on the front. This is consistent with the description and photos of the backpack that contained the pistol, recovered during the execution of the search warrant of MONFEDA-TOVAR's residence.

22.     On May 22, 2025, Bureau of Alcohol, Tobacco, Firearms, and Explosives Special Agent Kit Radosevich gave a verbal nexus opinion that the ten rounds of ammunition recovered by Renton Police Department in the execution of the search warrant were not manufactured in the state of Washington.

23.     Based on the foregoing, I have probable cause to believe that MONFEDA-TOVAR, as an alien unlawfully present in the United States and prohibited from possessing firearms and ammunition, did knowingly and intentionally possess a firearm and ammunition in violation of Title 18, United States Code, Section 922(g)(5).

_____
Corey T. Maples, Complainant
Deportation Officer
U.S. Immigration & Customs
Enforcement

Complaint - 9
*United States v. Monfeda-Tovar*
USAO #2025R00662

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The above-named agent provided a sworn statement attesting to the truth of the foregoing Complaint and Affidavit. Based on the Complaint and Affidavit, the Court hereby finds there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

DATED this 26th day of May 2025

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Complaint - 10
*United States v. Monfeda-Tovar*
USAO #2025R00662

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970